**2/25/2015**                                                    **COA No. 13-13-00128-CR**
**PARKER, GARY**          **Tr. Ct. No. 12-CR-2371-E(S2)**              **PD-1652-14**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *